# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ANGELA FORRESTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-CV-0306-CVE-PJC |
| | ) |
| **APEX REMINGTON, INC., d/b/a Apex** | ) |
| **Remington Pipe & Supply Co.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

This matter has come before the Court for consideration and an opinion and order, Dkt. # 47, granting summary judgment in favor of defendant on all of plaintiff's claims has been entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for defendant and against plaintiff is hereby entered.

**DATED** this 1st day of April, 2015.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE